CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
LISA CARTIER GIROUX
Nevada State Bar Number 14040
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Lisa.Cartier-Giroux@usdoj
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS URBINA AGUIRRE,<br><br>Defendant. | Case No. 2:93-cr-00305-JCM-BNW<br><br>**MOTION AND ORDER TO DISMISS CRIMINAL INDICTMENT WITHOUT PREJUDICE** |

The United States of America by Christopher Chiou, Acting United States Attorney for the District of Nevada, and Lisa C. Cartier Giroux, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant CARLOS URBINA AGUIRRE contained in the criminal indictment in case number 2:93-cr-00305-JCM-BNW.

DATED this 12th day of April, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Lisa C. Cartier Giroux*
Lisa C. Cartier Giroux
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS URBINA AGUIRRE,<br><br>    Defendant. | Case No. 2:93-cr-00305-JCM-BNW<br><br>**ORDER OF DISMISSAL OF THE CRIMINAL INDICTMENT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charge brought against defendant CARLOS URBINA AGUIRRE contained in the criminal indictment in case number 2:93-cr-00305-JCM-BNW.

.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Lisa C. Cartier Giroux
LISA C. CARTIER GIROUX
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charge brought against defendant CARLOS URBINA AGUIRRE contained in the criminal indictment in case number 2:93-cr-00305-JCM-BNW.

DATED April 19, 2021.

_____
UNITED STATES DISTRICT JUDGE